IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN R. MORRIS,

    Petitioner,

v.

CYNTHIA BRYAN,

    Respondent.

Civil Case No. 5:23-cv-00201

## UNITED STATES' NOTICE OF REMOVAL

The United States of America, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679, and Local Rule 7.2, hereby gives notice of removal of the lawsuit styled *Bryan R. Morris v. Cynthia Bryan,* in the Circuit Court of the Fourteenth Judicial Circuit of Florida, in and for Bay County, Florida, case number 23000496DV, and shows the following.

Petitioner Brian R. Morris filed a "Petition for Injunction for Protection Against Stalking against Cynthia Bryan on July 14, 2023, a copy of which is attached as **Exhibit 1**. Respondent Cynthia Bryan, at all times relevant to the allegations in the Petition, was an employee of the United States, that is, the United States Department of Veterans Affairs (VA). *See* **Exhibit 2**, Declaration of Mary A. McGinn, M.D., Associate Chief of Staff, Ambulatory Care for the Gulf Coast Veterans Health Care System. In the Petition, Mr. Morris, a patient with the VA

Panama City Outpatient Clinic, alleges that Cynthia Bryant, M.D., is interfering with his medical treatment even though he has never met her and has only talked to her twice. The undersigned, and the United States Attorney's Office, received first notice of this action on July 21, 2023, when contacted by the United States Department of Veterans Affairs.

The described events took place in Bay County, and at all times relevant, Cynthia Bryan, M.D., was an employee of the United States Department of Veterans Affairs and was acting within the course and scope of her employment concerning the management of the outpatient medical care and treatment provided to Bryan R. Morris. *Id.*; *see also* **Exhibit 3** (certification of the same by the United States Attorney). As such, Ms. Bryan was an employee and officer of the federal government as covered by 28 U.S.C. §§ 1442(a)(1) and 2679.

Accordingly, the above-captioned action is removable to this Court pursuant to 28 U.S.C. § 1442(a)(1) because the case had been commenced in state court and is against the "United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office or on account of any right…" *Id.*; *see also* 28 U.S.C. §§ 1446, 2679.

Venue is proper in this federal judicial district since Mr. Morris alleges in his Petition that the alleged acts occurred in Bay County, Florida.

By filing this Notice of Removal, the United States does not intend to waive any of the jurisdictional defenses which may be available to it including any potential failure to comply with Rule 4(i), Federal Rules of Civil Procedure.

WHEREFORE, the United States of America removes the case, *Brian R. Morris v. Cynthia Bryan* in the Circuit Court of the Fourteenth Judicial Circuit of Florida, in and for Bay County, Florida, case number 23000496DA, to this Court for such further proceedings as may be appropriate.

## LOCAL RULE 7.1(F)

I CERTIFY that this memorandum contains 488 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Removal was furnished electronically to all interested parties via CM/ECF and served by first class mail to petitioner Brian Morris, Pro Se, 8932 Merlin Drive, Youngstown, FL 32466 on this 25th day of July, 2023.

> Respectfully submitted,
>
> JASON R. COODY
> United States Attorney
>
> */s/ Herbert S. Lindsey*
> HERBERT S. LINDSEY
> Assistant United States Attorney
> Texas Bar No. 00784476
> 111 North Adams Street, 4th Floor
> Tallahassee, FL  32301
> Telephone:  850-942-8430
> Fax:  850-942-8466
> herbert.lindsey@usdoj.gov
> Attorney for Respondent