IN THE CIRCUIT COURT OF THE _____FOURTEENTH_____ JUDICIAL CIRCUIT,
IN AND FOR _____BAY_____ COUNTY, FLORIDA

Case No.: __23-496 DV__
Division: _____

Brian Morris _____,
  Petitioner,

and

Cynthia Bryan _____,
  Respondent.

# PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING

I, {full legal name} Brian Morris _____, being sworn, certify that the following statements are true:

## SECTION I. PETITIONER

(This section is about you. It must be completed; however, if you require that your address be confidential for safety reasons, you should complete and file a **Request for Confidential Filing of Address**, Florida Supreme Court Approved Family Law Form 12.980(h), and write confidential in the space provided on this form for your address and telephone number.)

1. Petitioner resides at the following address: {address, city, state, zip code} 8932 Merlin Dr., Youngstown, FL 32466.
   {Indicate if applicable}
   _____ Petitioner seeks an injunction for protection on behalf of a minor child. Petitioner is the parent or legal guardian of {full legal name}_____, a minor child who is living at home.

2. Petitioner's attorney's name, address, and telephone number is: None
   (If you do not have an attorney, write "none.")

## SECTION II. RESPONDENT

(This section is about the person you want to be protected from. It must be completed.)

1. Respondent resides at the following address: {provide last known street address, city, state, and zip code} 2600 Veterans Way Panama City Beach, FL 32408

2. Respondent's last known place of employment: VA clinic
   Employment address: 2600 Veterans Way Panama City Beach FL 32408
   Working hours of Respondent: Typically 8-4 (0800-1600)

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (10/22)

3. Physical description of Respondent:
   Race: Caucasian Sex: Male____ Female _X_ Date of Birth: ___N/A___
   Height: _2'1"_ Weight: _1_ Eye Color: Unknown Hair Color: Unknown
   Distinguishing marks and/or scars: I have never met this person
   Vehicle: (make/model)_____ Color:_____ Tag Number *(if known)*_____

4. Other names Respondent goes by *(aliases or nicknames)*: Doctor

5. Respondent's attorney's name, address, and telephone number is: Unknown

   (If you do not know whether Respondent has an attorney, write "unknown." If Respondent does not have an attorney, write "none.")

**SECTION III. CASE HISTORY AND REASON FOR SEEKING PETITION** (This section must be completed.)

1. Has Petitioner ever received or tried to get an injunction for protection against stalking against Respondent in this or any other court?
   ____ Yes _X_ No   If yes, what happened in that case? *{Include case number, if known}*

2. Has Respondent ever received or tried to get an injunction for protection against stalking against Petitioner in this or any other court?
   ____ Yes _X_ No   If yes, what happened in that case? *{Include case number, if known}*

3. Describe any other court case that is either going on now or that happened in the past **between Petitioner and Respondent** *{Include case number, if known}*:

4. Petitioner is a victim of stalking because Respondent has: *{please mark all sections that apply}*
   a. _X_ Committed stalking;
   b. _X_ Previously threatened, harassed, stalked, cyberstalked, or physically abused the Petitioner;
   c. ____ Threatened to harm Petitioner or family members or individuals closely associated with Petitioner;
   d. ____ Intentionally injured or killed a family pet;
   e. ____ Used, or threatened to use, against Petitioner any weapons such as guns or knives;
   f. ____ A criminal history involving violence or the threat or violence, if known;
   g. ____ Another order of protection issued against him or her previously from another jurisdiction, if known;
   h. ____ Destroyed personal property, including, but not limited to, telephones or other communication equipment, clothing, or other items belonging to Petitioner.

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (10/22)

5. Below is a description of the specific incidents of stalking or cyberstalking: *{for cyberstalking, please include a description of all evidence of contacts and/or threats made by Respondent in voice messages, texts, emails, or other electronic communication}*
On *{dates}* 07/13/2023 _____ the following incidents of stalking occurred at the following locations: *{the locations may include, but need not be limited to, a home, school, or place of employment}*
The latest event was yesterday. I was doing a standard follow up as requested by Community Care to verify treatment. I was able to reach them and asked what the order was for. I was informed that I would be getting message therapy, the original order from my PCP was for Chiropractic. This made me do more research, only to find a trail and pattern of this behavior. This made me ask who put the order in. I was told Cynthia Bryan. She is not my Doctor. She has been formally been removed from my care due to her inability to properly diagnose and taking harmful actions against me in the VA system. I understand that this may sound trial, however I don't believe my
__X__ Please indicate here if you are attaching additional pages to continue these facts.

6. **Additional Information**
____ Respondent owns, has, and/or is known to have guns or other weapons.
Describe weapon(s) and where they may be located, if known: _____

**SECTION IV. INJUNCTION** *{This section must be completed}*

1. Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against stalking that will be in place from now until the scheduled hearing in this matter, which will immediately restrain Respondent from committing any acts of stalking, and which will provide any terms the Court deems necessary for the protection of a victim of stalking, including any injunctions or directives to law enforcement agencies.

2. Petitioner asks the Court to enter, after a hearing has been held on this petition, a **FINAL JUDGMENT** for protection against stalking prohibiting Respondent from committing any acts of stalking against Petitioner **and**:

   a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives, or to any specified place regularly frequented by Petitioner and any named family members or individuals closely associated with Petitioner; _____

   b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or the school that Petitioner attends; the address of Petitioner's place(s) of employment and/or school is: _____;

   c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through another person, or in any other manner;

   d. ordering Respondent that he or she shall not have in his or her care, custody, possession, or control any firearm or ammunition;

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (10/22)

Attachment Page __1__ (of __1__)

To Form 12.980(t) - Petition for Injunction for Protection Against Stalking

**Description of the specific incidents of stalking or cyberstalking: (continued)**

health and welfare are trivial. Dr. Bryan has a history going back to last year when I was first put on her Pack Team 2. I have been authorized by the VA, Community Care to receive and have been receiving care from a Civilian Doctor since April 2023. My first appointment was on May 7th. Dr. Bryan has been intercepting orders from my civilian doctor and changing them without authorization from the VA, my Primary Care Physician, or myself. The doctor keeps inserting herself in my healthcare decisions, by utilizing internal and external forms of communications that have been impeding my ability to effective direct my care. The only way my information would be available to access this information via the VA secure patient portal or via the CMO (Chief Medical Officer) Dr. Amin. The CMO and Dr. have worked together for many years and Dr. Amin is CMO of both Panama City Beach Clinic as well as Eglin AFB and is often away, leaving Dr. Bryan in charge. I am happy to provide the court any and all permissions in order for this information to be verified.

\* In addition, I was visited at my home yesterday by a Bay Co. Sheriff as well as receiving a phone call from a VA OIG agent responding to a supposed threat. I believe this in retaliation for trying to again have her removed from having any ability to interfere and continuingly causing me both mental anxiety and prolonged physical issue due to her stalking.

I want to make clear. I have never met Dr. Bryan and have only spoken to her 2 times in my life.

If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.

    e. prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle, whether or not that vehicle is occupied;

3. Petitioner asks the Court to enter any other terms it deems necessary to protect Petitioner from stalking by Respondent.

**I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.**

**I HAVE READ EVERY STATEMENT MADE IN THIS PETITION, AND EACH STATEMENT IS TRUE AND CORRECT. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.02, FLORIDA STATUTES.**

**THIS PETITION MUST BE SIGNED BY THE PETITIONER BUT IT IS NOT REQUIRED TO BE NOTARIZED IF IT IS FILED DURING THE SCOPE AND DURATION OF A STATE OF EMERGENCY DECLARED BY A GOVERNMENTAL ENTITY.**

Dated: 7/14/23

Signature of Petitioner
Printed Name: Brian Morris
Address: 8932 Merlin Dr.
City, State, Zip: Youngstown, FL 32466
Telephone Number: (816) 284-6332
Fax Number:
Designated E-Mail Address(es): navybri99@yahoo.com

STATE OF FLORIDA
COUNTY OF BAY

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 14th day of July 2023 by B. Morris.

Signature of Notary Public or Deputy Clerk

J-D. Smley
Printed/Typed/Stamped Commissioned Name of Notary Public or Deputy Clerk

☐ Personally Known OR ☒ Produced Identification
Type of Identification Produced: FLDL

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (10/22)

TurboCourt.com Form Set #8128015